IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 25-CR-30043-SPM |
| RIDHAM D. BHATOL, et al., | |
| Defendants. | |

# MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

Now before the Court is the Government's Motion for Early Return of Trial Subpoenas. (Doc. 128). This wire fraud case was initiated through arrest and a criminal complaint. (*See* Doc. 1). Within the 30-day timeline established in 18 U.S.C. § 3161(b) to secure an indictment, the Government was unable to obtain all the records needed for trial of this matter. (Doc. 128). The Government argues that early return of trial subpoenas may help foster an agreed resolution of this case. (*Id.*). If the case proceeds to trial, the Government urges that early return of trial subpoenas will empower the parties to narrow the scope of relevant records to be introduced and to reach agreements as to evidentiary foundations, which will make trial proceedings more efficient. (*Id.*). Defendants do not object to the motion. (*Id.*).

With no opposition, the Court **GRANTS** the Government's motion (Doc. 128). Under Federal Rule of Criminal Procedure 17(c)(1), the Court authorizes counsel for all parties to issue trial subpoenas returnable on a date prior to any firm trial date set by the Court. The party that subpoenaed the records shall provide copies of any records obtained such subpoenas to counsel for the opposing party within 14 days

after receipt, or prior to the start of trial, whichever date occurs first.

**IT IS SO ORDERED.**

**DATED:   July 31, 2025**

<u>*s/ Stephen P. McGlynn*</u>
**STEPHEN P. McGLYNN**
**U.S. District Judge**
